UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LEAH L BAUER | CASE NO. 6:24-CV-01673 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| ROBERT F BAUER II ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' Motion to Dismiss (Rec. Doc. 10) is GRANTED and this matter is dismissed; and

**IT IS FURTHER ORDERED** that the Defendant's Motion to Strike (Rec. Doc. 18) is DENIED.

Signed at Lafayette, Louisiana, this 20th day of May, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE